UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY JOSEPH ROBERTS,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>        Respondent. | Case No. 21-01744 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br>(Docket No. 14) |

      Petitioner, a California inmate, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 13, 2021, the Court issued an order to show cause. Dkt. No. 11. Respondent filed an answer on October 7, 2021. Dkt. No. 13. Petitioner has filed a motion for extension of time to file a traverse. Dkt. No. 14.

      In his motion, Petitioner states that he was transferred several times with limited access to the law library and prison lockdowns. Dkt. No. 14. Having shown good cause, Petitioner's motion for an extension of time is **GRANTED**. As requested, Petitioner shall file a traverse **no later than January 7, 2022**.

      This order terminates Docket No. 14.

      **IT IS SO ORDERED.**

Dated: __November 12, 2021__

                                                      BETH LABSON FREEMAN<br>
                                                      United States District Judge