UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICKEY JOSEPH ROBERTS,
    Petitioner,
    v.

LANDON BIRD, Warden,
    Respondent.

Case No. 21-01744 BLF (PR)

**JUDGMENT**

For the reasons stated in the order denying the petition for a writ of habeas corpus, judgment is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED**.

Dated:     July 11, 2022

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Case No. 21-01744 BLF (PR)
JUDGMENT